**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN MICHAEL HOPKINS,<br><br>　Defendant/Judgment Debtor,<br><br>　and<br><br>MR. RACKS,<br><br>　　　　　Garnishee. | NO.  3:22-MC-05019-BHS<br><br>　　(3:14-CR-5399-1)<br><br>**Continuing Garnishment Order** |

　　A Writ of Continuing Garnishment, directed to Mr. Racks, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Mr. Racks, filed its Answer on November 30, 2022, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Morgan Michael Hopkins was an active employee who was paid weekly.

　　After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Hopkins on or about

---

**CONTINUING GARNISHMENT ORDER**
**USDC#: 3:22-MC-05019-BHS / 3:14-CR-5399-1) - 1**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

November 14, 2022, Mr. Hopkins has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Mr. Racks, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Morgan Michael Hopkins, upon each period of time when Defendant/Judgment Debtor Hopkins is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Hopkins' debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment shall be applied to Defendant/Judgment Debtor Morgan Michael Hopkins' outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:14-CR-5399-1 and 3:22-MC-05019-BHS, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER**
USDC#: 3:22-MC-05019-BHS / 3:14-CR-5399-1) - 2

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 10th day of March, 2023.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

CONTINUING GARNISHMENT ORDER
USDC#: 3:22-MC-05019-BHS / 3:14-CR-5399-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970